S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@AlvaradoSmith.com
YUNNIE YOUN AHN (CA Bar No. 265517)
yahn@AlvaradoSmith.com
ALVARADOSMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendants
U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION (SASCO) 2007-BNC1, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and CHASE HOME FINANCE LLC

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD LEE, an Individual, | **CASE NO.: 09-cv-04833-GW (CWx)** |
| Plaintiff, | **JUDGE:** Hon. George H. Wu |
| v. | |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION (SASC0) 2007-BNC1, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a "Suspended" corporate entity; BNC MORTGAGE, INC., CHASE HOME FINANCE, LLC; NORTHWEST TRUSTEE SERVICES, INC.; and DOES 1-10, Inclusive, | **JUDGMENT** |
| | **Action Filed:** March 9, 2009 |
| Defendants. | |

///

///

///

1
**[PROPOSED] JUDGMENT**

3029216.1 -- AL109.740

On December 5, 2011, the Court granted defendants U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation (SASCO) 2007-BNC1 ("U.S. Bank"), Mortgage Electronic Registration Systems, Inc. ("MERS") and JPMorgan Chase Bank, N.A., as successor by merger to Chase Home Finance LLC's ("Chase" and, collectively, "Defendants") Motion to Dismiss the Third Amended Complaint of plaintiff Ronald Lee.

For the reasons explained in Defendants' Motion to Dismiss, the Court hereby DISMISSES THE CASE WITH PREJUDICE.  Thus, judgment is entered in favor of JPMorgan and against Plaintiff.  JPMorgan is allowed to file a bill of costs.

IT IS SO ORDERED.

DATED:  December 12, 2011          By: _____
                                           Honorable George H. Wu
                                           Judge, United States District Court