S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@AlvaradoSmith.com
YUNNIE YOUN AHN (CA Bar No. 265517)
yahn@AlvaradoSmith.com
ALVARADOSMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

J S - 6

Attorneys for Defendants
U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION (SASCO) 2007-BNC1, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and CHASE HOME FINANCE LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD LEE, an Individual, | **CASE NO.: 09-cv-04833-GW (CWx)** |
| Plaintiff, | **JUDGE:** Hon. George H. Wu |
| v. | |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION (SASC0) 2007-BNC1, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a "Suspended" corporate entity; BNC MORTGAGE, INC., CHASE HOME FINANCE, LLC; NORTHWEST TRUSTEE SERVICES, INC.; and DOES 1-10, Inclusive, | **JUDGMENT** **Action Filed:** March 9, 2009 |
| Defendants. | |

///

///

///

1
**[PROPOSED] JUDGMENT**

3029216.1 -- AL109.740

1  On December 5, 2011, the Court granted defendants U.S. Bank National
2  Association, as Trustee for Structured Asset Securities Corporation (SASCO) 2007-
3  BNC1 ("U.S. Bank"), Mortgage Electronic Registration Systems, Inc. ("MERS") and
4  JPMorgan Chase Bank, N.A., as successor by merger to Chase Home Finance LLC's
5  ("Chase" and, collectively, "Defendants") Motion to Dismiss the Third Amended
6  Complaint of plaintiff Ronald Lee.

7  For the reasons explained in Defendants' Motion to Dismiss, the Court hereby
8  DISMISSES THE CASE WITH PREJUDICE.  Thus, judgment is entered in favor of
9  JPMorgan and against Plaintiff.  JPMorgan is allowed to file a bill of costs.

10  IT IS SO ORDERED.

13  DATED:  December 12, 2011           By: _____
14                                         Honorable George H. Wu
                                           Judge, United States District Court